IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIBALD CUNNINGHAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARIA SCHOPP, et al.,<br><br>　　　　Defendants. | No.  C 14-03033 JSW<br><br>**ORDER DENYING JOINDER WITHOUT PREJUDICE**<br><br>**(Docket No. 30)** |

Defendants Maria Schopp and Mary Wang have filed a "joinder" in the motion to dismiss filed by the City and County of San Francisco (the "City").  With the exception of the arguments regarding the statute of limitations, the arguments raised by the City are not applicable to the claims asserted against Ms. Schopp and Ms. Wang.  In addition, given the number of claims raised by Plaintiff against the Defendants, the Court concludes they have not adequately briefed the issues relating to the statute of limitations, especially in light of the fact that the City argues, in reply, that the issue is irrelevant given its other arguments in support of its motion. In addition, although Ms. Schopp and Ms. Wang contend Plaintiff's complaint also should be dismissed because they are private parties, they concede they have not fully briefed that issue.  Accordingly, the Court DENIES the joinder, without prejudice to filing a proper motion to dismiss.

　　**IT IS SO ORDERED.**

Dated: September 12, 2014

　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE