IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIBALD CUNNINGHAM,<br><br>    Plaintiff,<br><br>  v.<br><br>MARIA SCHOPP, et al.,<br><br>    Defendants.<br>_____/ | No. C 14-03033 JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND DIRECTIONS TO PLAINTIFF TO NOTICE MOTION FOR LEAVE TO FILE AMENDED COMPLAINT FOR A HEARING DATE** |

On November 4, 2014, Plaintiff filed a motion for leave to file an amended complaint. Plaintiff also seeks clarification of whether the case management conference scheduled for December 19, 2014 remains on calendar. In light of the fact that Plaintiff has filed this motion, the Court VACATES the case management conference, and the Court shall reschedule a case management conference in its Order resolving Plaintiff's motion for leave to amend. Plaintiff has not noticed the motion for a hearing date.

The Court's civil law and motion calendar is heard on Fridays at 9:00 a.m. Plaintiff shall notice the motion for hearing on a date on or after December 12, 2014 and which is an available date for terminal digits 1 and 2. *See* Northern District Civil Local Rule 7-2(a). Plaintiff may consult this Court's website for available hearing dates.

//

//

//

This Order does not alter the briefing scheduled that was triggered by the filing of the motion. The parties' opposition and reply briefs shall be due in accordance with the Northern District Civil Local Rule 7-3.

**IT IS SO ORDERED.**

Dated: November 4, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE